**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEIL INMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HAKKASAN HOLDINGS, LLC, a Nevada limited liability company; HERRINGBONE, an unknown entity; IVORY ON SUNSET RESTAURANT, an unknown entity; and DOES 1 through 35, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-04532-MWF(ASx)<br><br>[*Assigned to Courtroom 5A – Honorable Michael W. Fitzgerald; Honorable Alka Sagar - Magistrate Judge*]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 10, 2018<br>Removal: May 24, 2019<br>Trial Date: Not Set |

## ORDER

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff NEIL INMAN ("Plaintiff") and Defendant HAKKASAN HOLDINGS, LLC ("Defendant") (collectively, the "Parties")

*Kesluk, Silverstein & Jacob P.C.*
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1     IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-
2 referenced action is dismissed with prejudice pursuant to Federal Rule of Civil
3 Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear
4 their own respective attorney's fees and costs incurred in this action.
5 IT IS SO ORDERED.

7 DATED: August 22, 2019

_____
HON.  MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE